GEORGE PARTRIDGE

*vs.*

NORTHERN MAINE SEAPORT RAILROAD COMPANY.

Waldo County. Decided May 28, 1914. An action of assumpsit to recover the balance of nine hundred forty-eight dollars and seventy-two cents, with interest from the first of January, 1907, for piling. Plea, general issue with brief statement of Statute of Limitations. Reported to the Law Court for determination. Judgment for the defendant. *A. S. Littlefield and H. E. Bangs,* for plaintiff. *L. C. Stearns and R. F. Dunton,* for defendant.

---

JENNIE H. GATES *vs.* MAINE CENTRAL RAILROAD COMPANY.

Penobscot County. Decided June 1, 1914. Action on the case for negligence, brought under section 5 of chapter 285, Public Laws of 1909, to recover damages for the death of her husband, William D. Gates, while in defendants' employ. Reported to Law Court. Judgment for defendant. *H. M. Cook and G. H. Morse,* for plaintiff. *O. F. Fellows,* for defendant.